UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN P. CASTALES, JR. (#3823)

VERSUS

SEDRICK ARMSTEAD, ET AL.

CIVIL ACTION

NO. 13-199-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated February 27, 2015 (doc. no. 31) to which no objection was filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Amend Judgment, treated as a motion for relief from the judgment is DENIED.

Baton Rouge, Louisiana, this 17th day of March, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA